UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                               :

UNITED STATES OF AMERICA,
                                               :

                Plaintiff,                 :        15cr608-11 (KPF)

                                               :
          v.                                  :        ORDER

                                               :

JUSTIN RIVERA,
                                             :

                Defendant.              :
----------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:

      It is hereby ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

      SO ORDERED.

Dated:     February 25, 2020
             New York, New York

                                                                        _____
                                                                        KATHERINE POLK FAILLA
                                                                        United States District Judge