UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUSTIN RIVERA,<br><br>                Supervisee. | 15 Cr. 608-11 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

IT IS HEREBY ORDERED THAT, for the reasons stated on the record on July 1, 2021, the conditions of supervised release should be modified as follows:

- Justin Rivera shall be placed on **home detention monitored by the location monitoring technology at the discretion of the U.S. Probation Office** and must abide by all technology requirements. Mr. Rivera must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the probation officer.

- Mr. Rivera will be restricted to his residence at all times except for employment, substance use treatment, mental health treatment, court appearances, attorney visits, and medical appointments for Mr. Rivera or for his pregnant girlfriend, in each instance with prior notice and approval by the U.S. Probation Office.

SO ORDERED.

Dated:    July 1, 2021
             New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge