UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

JUSTIN RIVERA,

        Defendant.

------------------------------------------------------------X

15 Cr. 608-11 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal. If at all possible, and in light of prior separation orders, the defendant should be housed at the Metropolitan Detention Center in Brooklyn, New York.

    SO ORDERED.

Dated:    August 9, 2021
              New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge