```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                              Plaintiff,                     :    15 Cr. 608-11 (KPF)
                                                             :
              v.                                             :    ORDER
                                                             :
                                                             :
JUSTIN RIVERA,                                               :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED, that the defendant, Justin Rivera, USM# 67397-054, is hereby remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated:    April 6, 2023
            New York, New York

                                                                KATHERINE POLK FAILLA
                                                                 United States District Judge