UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUSTIN RIVERA,<br><br>Defendant. | 15 Cr. 608-11 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Justin Rivera, USM #67397-054, has been sentenced in the above case to a term of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:   April 18, 2023
         New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge